# PD-1213-15

To the Clerk of the,                                    August 31, 2015

Court of Criminal Appeals

P.O. Box 12308

Austin, Texas 78711

Re: Request for filemark, Petitioners Pro-se Petition for Discretionary
    Review

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

C.O.A. No: 14-14-00530-CR

Style    : Christopher W. Parks v. State of Texas

Trial Court: 75th District Court, Liberty County

Honorable : Mark Morefield, Presiding

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

Dear Honorable Clerk,

Please find enclosed for filing Petitioner's Pro-se Petition for

Discretionary Review.

Petitioner Parks is requesting for said Petition to be filed

with the 75th District Court of Liberty County, Texas for Honorable

Judge: Mark Morefield to Consider Petitioners Pleadings Therein.

Respectfully Submitted,

Chris Parks

Christopher W. Parks No: 1933982
810 F.M. 2821
Huntsville, Texas 77349

-1-

Clerks Cover Page